# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

UNION INSURANCE COMPANY,
ACADIA INSURANCE COMPANY, and
CONTINENTAL WESTERN INSURANCE COMPANY                                    **PLAINTIFFS**

V.                                          **CIVIL ACTION NO. 4:09cv100 DPJ-JCS**

HERRINGTON INSURANCE AGENCY, INC.,
MARCUS L. HERRINGTON, SR., INDIVIDUALLY
AND AS OWNER / AGENT OF HERRINGTON
INSURANCE AGENCY, INC., AND JOHN DOES 1-5                                **DEFENDANTS**

## AGREED JUDGMENT

THIS MATTER is before the Court pursuant to the joint *ore tenus* motion of the Plaintiffs, Union Insurance Company, Acadia Insurance Company, and Continental Western Insurance Company (hereinafter sometimes referred to as "Plaintiffs"), and the Defendants, Herrington Insurance Agency, Inc., and Marcus L. Herrington, Sr., Individually and as Agent, Owner, and President of Herrington Insurance Agency, Inc. (hereinafter sometimes referred to as "Defendants"), for the entry of a judgment against said Defendants, and the Court, having considered the motion, and having been advised in the premises, finds that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that judgment be entered in favor of the Plaintiffs, Union Insurance Company, Acadia Insurance Company, and Continental Western Insurance Company, and against the Defendants, Herrington Insurance Agency, Inc., and Marcus L. Herrington, Sr., Individually and as Agent, Owner, and President of Herrington Insurance Agency, Inc., in the amount of (1) $236,039.72, representing the amount of premiums owed under the Agency Agreement between the Plaintiffs and the Defendants through December 31, 2009, plus (2) $8,923.82, representing prejudgment interest in accordance with the Agency Agreement through December 31, 2009, for a total judgment of $244,963.54, plus (3) post-judgment interest at the legal rate until said amount is fully and finally paid, for all of which let execution issue.

SO ORDERED AND ADJUDGED, this the 20th day of JANUARY , 2010.

_____
DISTRICT COURT JUDGE

**AGREED:**

_William B. Stewart, Sr._
Robert P. Thompson, Esq.
William B. Stewart, Sr., Esq.
COPELAND COOK TAYLOR & BUSH, P.A.
Attorneys for Plaintiffs

_Craig M. Geno_
Craig M. Geno, Esq.
Jeffrey K. Tyree, Esq.
Melanie T. Vardaman, Esq.
HARRIS JERNIGAN & GENO, PLLC
Attorneys for Defendants